UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP CHRISTOPHER HANTEN,<br><br>Defendant. | 4:21-CR-40082-01-KES<br><br>ORDER GRANTING CONTINUANCE |

Defendant, Phillip Christopher Hanten, moves for a 30-day continuance, and plaintiff does not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because defense counsel needs additional time to conduct investigation and review additional discovery with the defendant. Based on the foregoing, it is thus

ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | August 10, 2021 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | August 10, 2021 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held prior to August 27, 2021 |

| Applications for Writ of Habeas Corpus Ad Testificandum | September 7, 2021 |
|---|---|
| Other motions | September 14, 2021 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | September 14, 2021 |
| Plea agreement or petition to plead and statement of factual basis | September 14, 2021 |
| Notify court of status of case | September 14, 2021 |
| Motions in limine | September 21, 2021 |
| Proposed jury instructions due | September 21, 2021 |
| Jury trial | Tuesday, September 28, 2021, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated August 10, 2021.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE